# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALONZO HARRIS,** ) | |
| **AIS #159123** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:25-cv-00443-LCB-NAD |
| ) | |
| **ALABAMA PROBATION** ) | |
| **DEPARTMENT,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Alonza Harris, an Alabama state prisoner, brought this suit pursuant to 42 U.S.C. § 1983. (Doc. 1). On April 1, 2025, Magistrate Judge Danella ordered Harris to file a corrected application to proceed *in forma pauperis*. (Doc. 4). Judge Danella cautioned Harris that the failure to comply within the time permitted could result in the Court dismissing this case for lack of prosecution. (*Id*. at 2).

When Harris failed to comply with or otherwise respond to that order, Judge Danella entered a report in which he recommended that the Court dismiss this action without prejudice based on Harris's failure to prosecute. (Doc. 5). In the report, Judge Danella advised Harris of his right to file specific written objections within 14 days. (*Id.* at 2–3). That time has expired without Harris filing objections or any other pleadings with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court **ADOPTS** Magistrate Judge Danella's report and **ACCEPTS** the recommendation. Accordingly, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** June 3, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. SmithIn Replying Give Number
Clerk of Courtof Case and Names of Parties

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 **REQUIRES** that all prisoners pay the Court's $600.00 docket fee plus $5.00 filing fee (for a total of $605.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $605.00 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $605.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $605.00 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $605.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $605.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice